May 15, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

NO. 14-12-00298-CR

### EX PARTE BERNARD MARIO CLARK
_____

Today, the Court considered the State's motion to dismiss the appeal as frivolous and found it meritorious. The Court orders the appeal **DISMISSED AS FRIVOLOUS** in accordance with its opinion. *See* Tex. Gov't Code § 498.0045. We further order that all costs incurred by reason of this appeal be paid by appellant if he is not indigent. We further order this decision certified below for observance.